Arthur E. COLLINS

v.

C. H. LOONEY, Warden, U. S. Penitentiary, et al.

No. 5659.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1957.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellees.

Before MURRAH, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Dismissed on motion of appellees on ground appeal is moot.

Kenneth David C. JOHNSON, also known as David Casper,

v.

UNITED STATES of America.

No. 5671.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1957.

Bruce Ownbey, Denver, Colo., for appellant.

John F. Raper, Jr., U. S. Atty., and William G. Walton, Asst. U. S. Atty., Cheyenne, Wyoming, for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

Harvey N. MIGHELL

v.

UNITED STATES of America.

No. 5635.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1957.

Schrempp & Lathrop, Omaha, Neb., and Driscoll & Driscoll, Russell, Kan., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Dismissed for failure of appellant diligently to prosecute the same.

Albert Sidney TUCKER, Jr.,

v.

UNITED STATES of America.

No. 5723.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1957.

Donald E. Kelley, U. S. Atty., and James C. Perrill, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.